CARR *v.* NEW YORK.

No. 265.    Decided October 8, 1962.

*Irwin N. Wilpon* for appellant.

*Louis J. Lefkowitz,* Attorney General of New York, and *Paxton Blair,* Solicitor General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE GOLDBERG took no part in the consideration or decision of this case.